## J. B. COLT COMPANY *v.* REECE.

[No. 12,362. Filed December 14, 1926. Rehearing denied March 11, 1927.]

From Henry Circuit Court; *J. R. Hinshaw*, Judge.

Action between the J. B. Colt Company and Ed. M. Reece. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Bernard Korbly, John G. McNutt* and *George R. Jeffrey*, for appellant.

*H. H. Evans* and *C. M. DeWitt*, for appellee.

PER CURIAM.—Judgment affirmed.

---

## SMALLWOOD *v.* DILLMAN ET AL.

[No. 12,686. Filed March 15, 1927.]

From Monroe Circuit Court; *Herbert A. Rundell*, Judge.

Action between John B. Smallwood and Walter Dillman and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Jess B. Fields*, for appellant.
*Miers & Corr*, for appellees.

PER CURIAM.—Judgment affirmed.
Dausman, J., absent.

---

## COMMONWEALTH CASUALTY COMPANY *v.* BUNNER.

[No. 12,685. Filed March 17, 1927.]

From Randolph Circuit Court; *Alonzo L. Bales*, Judge.

Action between the Commonwealth Casualty Company and Eunice Bunner. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Cromer & Long* and *Philip B. O'Neill*, for appellant.
*Francis A. Shaw*, for appellee.

PER CURIAM.—Judgment affirmed.
Dausman, J., absent.